247 So.2d 583

**GUARANTY BANK & TRUST COMPANY OF ALEXANDRIA, Louisiana**

v.

**C. & R. DEVELOPMENT COMPANY, Inc. and Robert E. Clark.**

No. 51369.

May 20, 1971.

In re: E. Cecil Wiley, Trustee for C. & R. Development Company, Inc. applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 245 So.2d 450.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

247 So.2d 584

**Herbert BAKER and Mrs. Gertrude Baker Paynter**

v.

**CHEVRON OIL COMPANY et al.**

No. 51381.

May 20, 1971.

In re: Herbert Baker and Mrs. Gertrude Baker Paynter applying for certiorari or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 245 So. 2d 457.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.